CENTRAL NATIONAL BANK, CANAJOHARIE, Respondent, v SCOTTY'S AUTO SALES, INC., Defendant, and ELAINE AMIDON, Appellant.

Submitted August 22, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

YEHUDA DEUTSCH, as Administrator of the Estate of JESIE DEUTSCH, Deceased, Appellant, v CHESKEL GRUNWALD et al., Respondents.

Submitted August 29, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, v COUNTY OF CHEMUNG et al., Respondents.

Submitted August 15, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.